1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,           Case No. 1:21-po-00097-SAB

11 |             Plaintiff,

12 | v.                                  MOTION AND ORDER FOR DISMISSAL
                                         WITHOUT PREJUDICE
13 | RICHARD MALDONADO,

14 |             Defendant.

15

16

17     The United States of America, by and through Phillip A. Talbert, Acting United States Attorney,

18 and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of

19 Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

20
   DATED:  October 18, 2021                    Respectfully submitted,
21
                                                PHILLIP A. TALBERT
22                                              Acting United States Attorney

23                                    By:       /s/ Jeffrey A. Spivak
                                                JEFFREY A. SPIVAK
24                                              Assistant U.S. Attorney

25

26

27

28
                                              1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **October 18, 2021**

_____
UNITED STATES MAGISTRATE JUDGE